LANDY TOWEL & LINEN SERVICE, INC. OF READING, PA.,

Landy Towel & Linen Service, Inc. of Lancaster, Pa.,

Landy Towel & Linen Service, Inc. of Pottsville, Pa.,

Landy Towel & Linen Service, Inc. of Williamsport, Pa.,

Landy Towel & Linen Service, Inc. of Wilmington, Del., Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE.

COMMISSIONER OF INTERNAL REVENUE, Petitioner,

v.

LANDY TOWEL & LINEN SERVICE, INC. OF LANCASTER, PA.,

Landy Towel & Linen Service, Inc. of Pottsville, Pa.,

Landy Towel & Linen Service, Inc. of Williamsport, Pa.,

Landy Towel & Linen Service, Inc. of Wilmington, Del.

Nos. 14229–14237.

United States Court of Appeals
Third Circuit.

Argued May 23, 1963.

Decided May 31, 1963.

Alfred J. McDowell, Philadelphia, Pa. (Daniel S. Knight, Brady O. Bryson, Morgan, Lewis & Bockius, Philadelphia, Pa., on the brief), for petitioners.

Richard J. Heiman, Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, I. Henry Kutz, Attys., Dept. of Justice, Washington, D. C., on the brief), for Commissioner of Internal Revenue.

Before KALODNER, STALEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The decisions of the Tax Court will be affirmed, 38 T.C. 296.

Application of Woodrow W. GAINEY, Jr., for Habeas Corpus.

No. 14316.

United States Court of Appeals
Third Circuit.

Submitted May 24, 1963.

Decided May 31, 1963.

Mr. Woodrow W. Gainey, Jr., pro se.

Gustave Diamond, U. S. Atty., Pittsburgh, Pa., for appellee.

Before KALODNER, STALEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court dated November 2, 1962 will be affirmed.

UNITED STATES of America

v.

Farris Egbert MORRIS, Appellant.

No. 14221.

United States Court of Appeals
Third Circuit.

Submitted May 20, 1963.

Decided May 24, 1963.

Farris Egbert Morris, pro se.

Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa. (Edward F. Kane, Asst. U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, STALEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error.

The Order of the District Court dated October 5, 1962 will be affirmed.